

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Daniel Thomas Barnes, Appellant

No. 06-19-00045-CR         v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 48,046-A).  Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

 

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  While we affirm the judgment of conviction, we reverse the trial court's judgment as to punishment and remand the cause for a new punishment hearing.  *See* TEX. CODE CRIM. PROC. ANN. art. 44.29(b).

We note that the appellant, Daniel Thomas Barnes, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED SEPTEMBER 25, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk